**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| Longo En-Tech Puerto Rico, Inc., Plaintiff, <br><br> v. <br><br> The United States Environmental Protection Agency, Gina McCarthy, Administrator, et al., Defendants. | CIVIL NO. 16-3151 (DRD) |

**INFORMATIVE MOTION REGARDING ABSENCE FROM JURISDICTION**

**TO THE HONORABLE COURT:**

**COMES NOW,** the United States of America, by and through the undersigned attorneys and very respectfully STATES AND PRAYS:

The undersigned attorney respectfully informs that he will be out of the jurisdiction on international travel from Tuesday, June 13, 2017, up to and including Tuesday, June 27, 2017 on previously scheduled and approved family annual leave.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above mentioned and that it be taken into consideration at the time of setting deadlines or court matters in the instant case.

**RESPECTFULLY SUBMITTED**
In San Juan, Puerto Rico, this 2nd day of May, 2017.

    ROSA EMILIA RODRIGUEZ-VELEZ
    United States Attorney

    *s/ Hector E. Ramirez-Carbo*
    Assistant U.S. Attorney
    USDC No. 214902
    Torre Chardón, Room 1201
    350 Carlos Chardón Avenue
    San Juan, PR 00918
    Tel. (787) 766-5656
    e-mail: hector.e.ramirez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

In San Juan, Puerto Rico, this 2nd day of May, 2017.

*s/ Hector E. Ramirez-Carbo*
Assistant U.S. Attorney