**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| Longo En-Tech Puerto Rico, Inc., Plaintiff, v. The United States Environmental Protection Agency, Gina McCarthy, Administrator, et al., Defendants. | CIVIL NO. 16-3151 (DRD) |

**NOTICE TO THE COURT IN RELATION TO UNITED STATES'
MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION AND
RESPONSES FILED BY THE PLAINTIFF**

**TO THE HONORABLE COURT:**

**COMES NOW,** the United States of America, by and through the undersigned attorneys and very respectfully STATES AND PRAYS:

1. This Honorable Court issued today an order granting a stay of the proceedings for a period of 90 days, while Plaintiff negotiates with state agencies.

2. The United States does not oppose that Plaintiff be granted the requested 90 days to respond to motions to dismiss filed by agencies of the Commonwealth of Puerto Rico. However, the United States opposes that Plaintiff be allowed to file responses to EPA's motion to dismiss filed at Docket No. 46, because Plaintiff has already filed its response to said motion via Docket No. 66 and said request for dismissal should stand submitted in-full for court review and adjudication.

3. Allowing additional responses to a motion that has been fully and extensively briefed by both parties, not only grants the Plaintiff another bite at the apple, but also causes unnecessary delays in rehashing the same arguments over and over again.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above mentioned and that the court order that the United States Motion to Dismiss filed at Docket No. 46, replied and opposed by the Plaintiff in Docket No. 66, and sur-replied at Docket No. 73 stand submitted for adjudication without further filings

**RESPECTFULLY SUBMITTED**
In San Juan, Puerto Rico, this 2nd day of June, 2017.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

*s/ Hector E. Ramirez-Carbo*
Assistant U.S. Attorney
USDC No. 214902
Torre Chardón, Room 1201
350 Carlos Chardón Avenue
San Juan, PR 00918
Tel. (787) 766-5656
e-mail: hector.e.ramirez@usdoj.gov

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record.

In San Juan, Puerto Rico, this 2nd day of June, 2017.

*s/ Hector E. Ramirez-Carbo*
Assistant U.S. Attorney