IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LONGO EN-TECH PUERTO RICO, INC., ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES ENVIRONMENTAL ) <br> PROTECTION AGENCY, REGINA McCARTHY, ) <br> ADMINISTRATOR, AND IN HER PERSONAL ) <br> CAPACITY; THE GOVERNMENT ) <br> DEVELOPMENT BANK FOR PUERTO RICO, ) <br> ALBERTO BACÓ BAGUÉ, PRESIDENT; ) <br> THE PUERTO RICO ENVIRONMENTAL ) <br> QUALITY BOARD; ) <br> THE PUERTO RICO AQUEDUCT AND SEWER ) <br> AUTHORITY; THE PUERTO RICO ) <br> INFRASTRUCTURE FINANCING AUTHORITY; ) <br> and THE COMMONWEALTH OF PUERTO ) <br> RICO, ALEJANDRO GARCÍA-PADILLA, ) <br> GOVERNOR, AND IN HIS PERSONAL ) <br> CAPACITY, ) <br> ) <br>     Defendants. ) <br> _____ ) | CIVIL NO. 16-03151(DRD) <br><br> ACTION FOR DECLARATORY, <br> AND MANDATORY, <br> TEMPORARY, PRELIMINARY, <br> AND PERMANENT INJUNCTIVE <br> RELIEF, AND DAMAGES FOR <br> VIOLATIONS OF <br> CONSTITUTIONAL AND CIVIL <br> RIGHTS |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
OF ALL PUERTO RICO DEFENDANTS**

**TO:   The Honorable Daniel R. Domínguez,
Senior United States District Judge**

    COMES NOW Plaintiff LONGO EN-TECH PUERTO RICO, INC. (hereafter, "**LEP**"), by and through its undersigned counsel, and, pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(i), gives its Notice of Voluntary Dismissal of all of the Puerto Rico Defendants in this action, and in support of this Motion, very respectfully states, alleges and requests as follows.

    None of the Puerto Rico Defendants has filed an answer or motion for summary judgment in this case. Accordingly, Plaintiff requests that this Honorable Court and the parties in this case TAKE NOTICE of the Voluntary Dismissal of All Puerto Rico Defendants from this case, to wit:

1. THE GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO;

2. THE PUERTO RICO ENVIRONMENTAL QUALITY BOARD;

3. THE PUERTO RICO AQUEDUCT AND SEWER AUTHORITY;

4. THE PUERTO RICO INFRASTRUCTURE FINANCING AUTHORITY;

5. THE GOVERNMENT OF PUERTO RICO, RICARDO ROSSELLÓ, GOVERNOR;

6. ALEJANDRO GARCÍA-PADILLA, IN HIS PERSONAL CAPACITY,

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico, on December 1, 2017.

> WEINSTEIN-BACAL, MILLER & VEGA, P.S.C.
> González-Padín Building - Penthouse
> 154 Rafael Cordero Street, Plaza de Armas
> Old San Juan, Puerto Rico 00901
> Telephone:  (787) 977-2550
> Telecopier:  (787) 977-2559
>
> By:    ***S/Stuart A. Weinstein-Bacal***
>        Stuart A. Weinstein-Bacal
>        U.S.D.C. No. 204208
>        Email: swb@wbmlaw.com; sawbacal@ aol.com
>
> By:    ***S/Peter W. Miller***
>        Peter W. Miller
>        U.S.D.C. No. 213609
>        Email: pwm@wbmlaw.com
>
> Attorneys for Plaintiff Longo En-Tech Puerto Rico, Inc.