IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**LONGO EN-TECH PUERTO RICO, INC.,**

Plaintiff,

v.

**THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,**

Defendants.

**Civil No.** 16-3151 (DRD)

## JUDGMENT

Pursuant to Plaintiff's *Notice of Voluntary Dismissal of all Puerto Rico Defendants* (Docket No. 142), the Court hereby **DISMISSES** the instant action **WITHOUT PREJUDICE** in compliance with Fed.R.Civ.P. 41(a)(1)(A)(i) against the following Defendants:

1. The Government Development Bank of Puerto Rico,
2. The Puerto Rico Environmental Quality Board,
3. The Puerto Rico Aqueduct and Sewer Authority,
4. The Puerto Rico Infrastructure Financing Authority,
5. The Government of Puerto Rico, Ricardo Roselló, Governor, and
6. Alejandro Garcia-Padilla, in his personal capacity.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico, this 4th day of December, 2017.

S/ DANIEL R. DOMÍNGUEZ
DANIEL R. DOMÍNGUEZ
U.S. District Judge