# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LONGO EN-TECH PUERTO RICO, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES ENVIRONMENTAL ) <br> PROTECTION AGENCY, REGINA McCARTHY, ) <br> ADMINISTRATOR, AND IN HER PERSONAL ) <br> CAPACITY; ) <br> ) <br> Defendants. ) <br> _____) | CIVIL NO. 16-03151(DRD) <br><br> ACTION FOR DECLARATORY, <br> AND MANDATORY, <br> TEMPORARY, PRELIMINARY, <br> AND PERMANENT INJUNCTIVE <br> RELIEF, AND DAMAGES |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS
THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
<u>REGINA McCARTHY IN HER PERSONAL CAPACITY</u>**

**TO:    The Honorable Daniel R. Domínguez,
Senior United States District Judge**

COMES NOW Plaintiff LONGO EN-TECH PUERTO RICO, INC. (hereafter, "**LEP**"), by and through its undersigned counsel, and, pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(i), gives its Notice of Voluntary Dismissal of this case against Defendant the United States of America Environmental Protection Agency, Regina McCarthy (former) Administrator (the "**EPA**"), and Defendant Regina McCarthy in Her Personal Capacity ("**McCarthy**"), and in support of this Notice, Plaintiff very respectfully states as follows.

Neither Defendant the United States of America Environmental Protection Agency nor Defendant McCarthy has filed an answer or motion for summary judgment in this case. Accordingly, Plaintiff requests that this Honorable Court and the parties in this case TAKE NOTICE of the Voluntary Dismissal of said Defendants from this case, to wit:

**CIVIL NO. 16-0315 (DRD);** *Longo En-Tech Puerto Rico, Inc.. v. EPA, et al.*
**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
Page 2

1. THE UNITED STATES OF AMERICA ENVIRONMENTAL PROTECTION AGENCY; and

2. REGINA McCARTHY IN HER PERSONAL CAPACITY.

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico, on December 8, 2017.

> WEINSTEIN-BACAL, MILLER & VEGA, P.S.C.
> González-Padín Building - Penthouse
> 154 Rafael Cordero Street, Plaza de Armas
> Old San Juan, Puerto Rico 00901
> Telephone: (787) 977-2550
> Telecopier: (787) 977-2559
>
> By:   ***S/Stuart A. Weinstein-Bacal***
>        Stuart A. Weinstein-Bacal
>        U.S.D.C. No. 204208
>        Email: swb@wbmlaw.com; sawbacal@ aol.com
>
> By:   ***S/Peter W. Miller***
>        Peter W. Miller
>        U.S.D.C. No. 213609
>        Email: pwm@wbmlaw.com
>
> Attorneys for Plaintiff Longo En-Tech Puerto Rico, Inc.