IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **LONGO EN-TECH PUERTO RICO, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,**<br><br>Defendants. | **Civil No**. 16-3151 (DRD) |

## JUDGMENT

Pursuant to Plaintiff's decision to voluntarily dismiss the instant action against the only remaining Defendants: the United States of America Environmental Protection Agency and Regina McCarthy in her personal capacity (Docket No. 144), in compliance with Fed.R.Civ.P. 41(a)(1)(A)(i), the Court hereby enters a final judgment **DISMISSING THE INSTANT CASE WITHOUT PREJUDICE**.

**THIS CASE IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES.**

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico, this 8th day of December, 2017.

S/ DANIEL R. DOMÍNGUEZ

DANIEL R. DOMÍNGUEZ
U.S. District Judge